# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUDOLPH LURDING

NO.   2020 KW 0178

**MAY 1 2 2020**

---

In Re:   Rudolph Lurding, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1802624

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> **JMM**
> **MRT**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT